# Criminal Case Cover Sheet

**U.S. District Court**

**FILED:** REDACTED

**Related to:** US v Lakisher Wright /1:24-CR-78 (LMB)

**Place of Offense:**
- ☐ Under Seal
- City: Fredericksburg
- County:

**Judge Assigned:** Brinkema

Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.:
Search Warrant Case No.:

**Criminal No.** 1:24-CR-122
**New Defendant:** XXX
**Arraignment Date:**
**R. 20/R. 40 From:**

## Defendant Information:

- **Defendant Name:** Sherman Green, Jr.
- **Alias(es):**
- ☐ Juvenile   **FBI No.**
- **Address:** Fredericksburg, VA
- **Employment:**
- **Birth Date:** xx/xx/1989   **SSN:** xxx-xx-4302   **Sex:** Male   **Race:** Black   **Nationality:** USA
- **Place of Birth:**   **Height:**   **Weight:**   **Hair:**   **Eyes:**   **Scars/Tattoos:**
- ☐ Interpreter   **Language/Dialect:**   **Auto Description:**

## Location/Status:

- **Arrest Date:**   ☐ Already in Federal Custody as of:   in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:** Solomon L. Wisenberg
- ☐ Court Appointed
- **Counsel Conflicts:**
- **Address:** 101 Constitution Ave NW, Ste 900, Washington DC
- ☒ Retained
- **Phone:** (202) 689-2922
- ☐ Public Defender
- ☒ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Katherine Rumbaugh   **Phone:** (703) 299-3700   **Bar No.**

**Complainant Agency - Address & Phone No. or Person & Title:**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 371 | Conspiracy to commit wire fraud | 1 | Felony |
| Set 2: | | | | |

**Date:** 05/30/2024   **AUSA Signature:** /s/ Katherine E. Rumbaugh   *may be continued on reverse*